UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JEHU HAND,

    Plaintiff

v.

UNITED STATES DEPARTMENT OF JUSTICE,

    Defendant

Case: 1:20-cv-03690
Assigned To : Unassigned
Assign. Date : 12/14/2020
Description: FOIA/Privacy Act (I-DECK)

COMPLAINT

FREEDOM OF INFORMATION ACT
5 U.S.C. 552(a)(4)(B)

Application to Proceed in Forma Pauperis (filed separately)

## PARTIES AND JURISDICTION

Plaintiff Jehu Hand ("Plaintiff") files this Complaint under the Freedom of Information Act ("FOIA") 5 U.S.C. 552(a)(4)(B) with respect to Plaintiff's February 29, 2020 request for information ("Request") made under FOIA. Under FOIA, any complaint may be brought in this District. Plaintiff is a federal prisoner, pro se and in forma pauperis. Since his place of imprisonment does not grant him access to copy facilities, he cannot provide copies of the administrative record; he summarizes it below.

RECEIVED Mail Room DEC 14 2020 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia

PLAINTIFF'S FOIA REQUEST

Plaintiff is serving a 66-month sentence in Federal prison for his convictions on securities fraud, wire fraud and conspiracy, in the District of Massachusetts case no 1:15-cr-10386-WGY. The conviction is pending appeal in the First Circuit, case no 18-2212. The investigation of the transactions underlying his convictions commenced in the Boston Regional Office of the Securities and Exchange Commission, in 2013.

Plaintiff was a securities lawyer. In or about May 2013, he became counsel to a small public company named Medical Cannabis Payment Solutions, trading under the symbol "REFG" on the over-the-counter market ("REFG"). REFG was originally a subsidiary of Refill Energy ("Refill") engaged in the oil and gas business. A former FBI agent, Mark Viau ("Viau") had apparently obtained a judgment against Refill prior to Plaintiff's involvement. On September 9, 2013, Viau wrote a letter to Plaintiff in response to Plaintiff's denial to Viau that REFG was liable on the judgment. Viau, who had been convicted of mail fraud, wrote that he intended to

"muster by reporting and recruiting the full force, effect and inexhaustible resources of the Federal Government against [Plaintiff]"

in order to collect on the judgment. Viau further

stated that his "tenure in Federal Law Enforcement has provided me with the contacts in the Federal and State systems to put this matter on the fast track."

This threat by View is evocative of the warning by Justice Robert H. Jackson against using the Federal government as a tool for the grievances of governmental employees, who may "strike at citizens not with mere individual strength, but with all the force of government itself."

Six years later, following his conviction in the District of Massachusetts, Plaintiff filed a Bivens complaint against View and another FBI agent named Bryan McKay, and others together with a motion to stay the proceedings until such time as he may be exonerated. Plaintiff filed this Bivens complaint (in the Southern District of Florida) in order to preserve his statute of limitations. The South Florida District Court dismissed the complaint without prejudice, stating that the statute of limitations was tolled. Well and good. This Bivens complaint is relevant to Plaintiff's Request because, mere days after it was filed, and before it was served, View filed a debt collection action against REFG in Nevada. The timing

3

proves that some individual at the FBI informed View of the filing of the <u>Bivens</u> complaint, and, therefore, that View was part of back-channel communications regarding Plaintiff's conviction in Massachusetts. But this communication had never been disclosed to Plaintiff at his criminal trial. It now appeared <u>clear</u> that in fact the investigation against Plaintiff was caused by View. This would be evidence of prosecutorial misconduct and void Plaintiff's conviction.

Plaintiff filed the following FOIA request with the Defendant via letter dated February 24, 2020, stating:

> I refer you to the attached letter I received from a former FBI agent, Mark View. This letter, which threatens the use of Federal government resources to assist Mr. View in collecting a debt, is the basis for my request.
>
> I request information from all divisions of the Justice Department, but especially the FBI and the Attorney General and US Attorneys' offices. The information is as follows:
>
> 1. The contacts between Mr. View and any employee of the Department of Justice or any agency under its jurisdiction related to the undersigned at any time from January 1, 2011 to the present, including but not limited to, FBI agent Bryan McKay.

4

2. The identity and business address of any individual with whom Mr. View had contact with regarding the undersigned at any time since January 1, 2011.

3. Any documents, including emails or other documents in electronic form, comprising any information or including any information regarding the undersigned from Mark View or any person known to be representing him, including FBI 302 forms, generated at any time from January 1, 2011 to the present.

The DOJ assigned the Request to the FBI, assigning it Request no. 1462449-000, who denied it by letter dated March 13, 2020 asserting the (b)(6) and (b)(7)(C) exemptions. Plaintiff appealed via letter dated March 17, 2020, pointing out that the exemptions were inapplicable, stating

> Exemption (b)(6) exempts "personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy." I do not seek any personnel or medical files relating to FBI agent Mark View. My request is for contacts between Mr. View and any persons at the Department of Justice regarding myself, and any emails or other documents evidencing the same...
> Exemption (b)(7)(C) exempts records or information compiled for law enforcement purposes, but only if such records or information "could reasonably be expected to constitute an unwarranted invasion of personal privacy." The documents I seek have nothing to do with Mr. View's personal affairs nor his employment relationship (or his former employment

5

relationship) with the Department of Justice. Rather, I seek to have information regarding Ms. Vrao's illegal attempt to "muster by reporting and recruiting the full force, and effect and inexhaustible resources of the Federal Government against [John Hand]" in order to collect any personal debt allegedly owed to him.

Plaintiff's letter also points out that Ms. Vrao would have no expectation of privacy in using the Federal government in an extortion attempt.

The appeal, numbered A-2020-00612, was denied via FBI letter dated June 19, 2020. But then the FBI sent another letter to Plaintiff dated June 23, 2020 with another FOIA request number 1462591-001, subtitled HAND JEAN THOMAS DE GERALD. Noted this was dated more than two months after Plaintiff's requests. The FBI denied the Request again, but this time under the (b)(7)(A) exemption, for records or information compiled for law enforcement purposes, but only to the extent that such materials might interfere with law enforcement purposes, ~~Plaintiff has also appealed this denial~~

Plaintiff immediately appealed the second denial via letter dated July 14, 2020. Plaintiff pointed out that the criminal case against him was complete with his conviction, and it would be required to be disclosed to him under Brady v. Maryland. And Plaintiff also pointed out that if the records involved

6

Viau's crime against Plaintiff, that he as the victim of the crime should receive them so he could exonerate himself in the criminal case against him.

The Defendant has not replied on its second denial, that denial is irrelevant since Plaintiff seeks not information regarding himself, but Viau's contacts and efforts to use the Defendant as his collection agency.

Plaintiff believes that his appeal responses to the Defendant, above, fully set forth the justification for the relief sought.

Respectfully submitted on October 1, 2020.

_____
John Hung
06994-104
FCI Mendota
PO Box 9
Mendota CA 93640

John Hand
PO Box 2439
Lake Arrowhead
CA 92352

Clerk
Us District Court
333 Constitution Ave
Washington DC 20001



